UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JOHN P. GIVENS (#332701) | CIVIL ACTION 12-2845 |
| VERSUS | JUDGE HAIK |
| HOWARD PRINCE, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, including the Objections filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that the Civil Rights complaint (42 USC section 1983) is **DISMISSED WITH PREJUDICE** as frivolous for failing to state a claim upon which relief can be granted pursuant to the provisions of 28 USC section 1915.

**THUS DONE** and **SIGNED** on this 20th day of March, 2013.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA